IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00170-GCM *SEALED*

EQUITY INVESTMENT
ASSOCIATES, LLC,

    Petitioner,

v.

UNITED STATES,

    Respondent.

**ORDER**

**THIS MATTER** is before the Court upon Petitioner Equity Investment Associates, LLC's Motion to Seal (ECF Doc. 1). The Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would potentially disclose materials relating to grand jury proceedings. The Court concludes that the sealing of these documents is narrowly tailored to serve the interest of protecting information related to the ongoing criminal proceedings.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Seal (ECF Doc. 1) is hereby **GRANTED**, and the Petition to Quash Summons, as well as any such additional documents that may be filed in this proceeding, shall be filed under seal until further order of this Court.

**SO ORDERED**.

Signed: April 27, 2021

*Graham C. Mullen*
Graham C. Mullen
United States District Judge