IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00170-GCM *SEALED*

| EQUITY INVESTMENT ASSOCIATES, LLC, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning Jeffrey S. Luechtefeld (Doc. No. 5), Hale E. Sheppard (Doc. No. 6), and John W. Hackney (Doc. No. 7).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. Luechtefeld, Mr. Sheppard, and Mr. Hackney are admitted to appear before this court *pro hac vice* on behalf of Equity Investment Associates, LLC.

**IT IS SO ORDERED**.

Signed: April 27, 2021

Graham C. Mullen
United States District Judge