IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00170-GCM *SEALED*

| | |
|---|---|
| EQUITY INVESTMENT ASSOCIATES, LLC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | **ORDER** |

**THIS MATTER** comes before the Court upon the United States' Motion for CM-ECF Access to Sealed Case (ECF Doc. 12). The United States requests access for Ryan O. McMonagle, a Trial Attorney with the Department of Justice, Tax Division, who is assigned to this case on behalf of the United States and must respond to the Petition to Quash. The United States further requests access for Gill P. Beck, an Assistant United States Attorney and Chief of the Civil Division for the United States Attorney's Office for the Western District of North Carolina, assisting the Tax Division with this case. Having reviewed the Motion and finding it is for good cause,

**IT IS HEREBY ORDERED** that the United States' Motion for CM-ECF Access to Sealed Case (ECF Doc. 12) is **GRANTED**.

Signed: June 1, 2021

Graham C. Mullen
United States District Judge