# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:21-CV-00170-GCM *SEALED*

| | |
|---|---|
| **EQUITY INVESTMENT ASSOCIATES, LLC,** | |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **UNITED STATES,** | |
| **Respondent.** | |

Upon consideration of Petitioner's Motion for CM-ECF Access to Sealed Case, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Trial Attorneys Hale E. Sheppard, John W. Hackney, Jeffrey S. Luechtefeld, and John J. Nail shall have CM-ECF access to all documents filed in this case.

**SO ORDERED**.

Signed: June 22, 2021

Graham C. Mullen
United States District Judge